**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MUSAB MOHAMED ALHUSSEIN,

Plaintiff,

v.

BROWARD COUNTY,

Defendant.

Case No. 26-CV-2458 (NEB/DJF)

ORDER ACCEPTING
REPORT AND RECOMMENDATION

---

The Court has received the May 27, 2026 Report and Recommendation of United States Magistrate Judge Dulce J. Foster. (ECF No. 3.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.    The Report and Recommendation (ECF No. 3) is ACCEPTED; and

2.    The action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 15, 2026

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge